# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas
Central Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 02 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Brenda F. Graham

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Houston Methodist The Woodlands Hosp.
Memorial Herman - Greater Hights
Memorial Herman - The Woodlands Medical Center

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 4:20-cv-1172-JM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

This case assigned to District Judge Moody
and to Magistrate Judge Deere

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brenda F. Graham |
   | Street Address | P.O. Box 549 |
   | City and County | Bryant, Saline |
   | State and Zip Code | Arkansas 72089 |
   | Telephone Number | 214-676-8475 |
   | E-mail Address | docgraham1081@aol.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Houston Methodist The Woodlands Hospital
- Job or Title (if known):
- Street Address: 17201 Interstate 45 South
- City and County: The Woodlands, Montgomery
- State and Zip Code: Texas 77385
- Telephone Number: 936-270-2000
- E-mail Address (if known):

Defendant No. 2
- Name: Memorial Hermann Greater Heights Hospital
- Job or Title (if known):
- Street Address: 1635 N. Loop W
- City and County: Houston, Harris
- State and Zip Code: Texas 77008
- Telephone Number: 713-867-2000
- E-mail Address (if known):

Defendant No. 3
- Name: Memorial Hermann - The Woodlands
- Job or Title (if known):
- Street Address: 9250 Pinecroft
- City and County: The Woodlands, Montgomery
- State and Zip Code: Texas 77380
- Telephone Number: 713-897-2300
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Texas Statutes Section 71.001

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* Brenda F. Graham, is a citizen of the State of *(name)* Arkansas.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Houston Methodist The woodlands, is incorporated under the laws of the State of (name) Texas, and has its principal place of business in the State of (name) Texas.

Or is incorporated under the laws of (foreign nation) Texas, and has its principal place of business in (name) Texas.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$2,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendants failed to disclose and properly diagnose my spouse the deceased G.G. medical conditions, which lead up to his death. The defendants failed to inform family of infectious condition that could be contracted by others.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff request injuries, damages, cost for funeral
Funeral expense: $6,257
Head Stone: $750
Plot: $250
Pain + Suffering of Decedent + Beneficiary $1.9927.43
Total: $2,000,000 plus ALL court cost.

Page 4 of 5

DEFENDANTS

2. The denfendant Herman Memorial Greater Heights Hospital , is incorporated under the laws of the State of Texas , and has its principal place of business in the State of Texas . Or is incorporated under the laws of Texas, and has its principal place of business in Texas .

3. The denfendant Herman Memorial -The Woodlands , is incorporated under the laws of the State of Texas , and has its principal place of business in the State of Texas . Or is incorporated under the laws of Texas, and has its principal place of business in Texas .

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-2-2020

Signature of Plaintiff: *Brenda F. Graham*

Printed Name of Plaintiff: Brenda F. Graham

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address